

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 29 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA 13-496M |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| v. | |
| DERIAN EIDSON, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Eastern District of California, for alleged violation(s) of the terms and conditions of her pre-trial release; and

The Court having conducted a detention hearing pursuant to 18 U.S.C. § 3143(a), the Court finds that:

A. ( X ) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: allegations of multiple violations of Eastern District's pre-trial release order (as to these allegations, I take judicial notice that I was just presented a search warrant affidavit indicating that approximately $72,000 in cash was located at defendant's residence); nature of the underlying offenses in the

Eastern District; and

B. ( X ) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: allegations of multiple violations of Eastern District's pre-trial release order, including efforts taken to conceal; nature of the underlying offenses in the Eastern District.

IT THEREFORE IS ORDERED that the defendant be detained pending further proceedings and/or transfer to the charging district.

Dated: 10/29/2013

DOUGLAS F. McCORMICK
United States Magistrate Judge